

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00567-CV

Brad G. **GROUNDS**, HAP Land LLC, Shale Marketplace LLC and GW3 Royalties LLC.,
Appellants

v.

**FIRST GROUNDROCK ROYALTIES, LLC**., Step Groundrock Investment, LP and South
Texas Energy Partners, LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05965
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellees' brief is due on January 27, 2021.  *See* TEX. R. APP. P. 38.6(b).  Before the due date, Appellees filed an unopposed motion to extend the brief due date to February 5, 2021.

Appellees' motion is GRANTED.  Appellees' brief is due on February 5, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court